IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DARYL LUDY, | ) |
| Plaintiff, | ) ) |
| v. | ) Civil Action No. 06-74 Erie ) |
| JAMES F. SHERMAN, et al., | ) ) |
| Defendants. | ) |

## MEMORANDUM ORDER

This civil rights action was received by the Clerk of Court on Mrch 23, 2006, and was referred to United States Magistrate Judge Susan Paradise Baxter for report and recommendation in accordance with the Magistrates Act, 28 U.S.C. § 636(b)(1), and Rules 72.1.3 and 72.1.4 of the Local Rules for Magistrates.

The Magistrate Judge's Report and Recommendation [Doc. No. 14], filed on July 19, 2006, recommended that Plaintiff's application for emergency restraining order, included as part of his Complaint [Doc. No. 5] be denied. The parties were allowed ten (10) days from the date of service to file objections. Service was made on Plaintiff by certified mail and on Defendants. No objections were filed. After de novo review of the application and documents in the case, together with the Report and Recommendation, the following order is entered:

AND NOW, this 16th day of August, 2006;

IT IS HEREBY ORDERED that the Plaintiff's application for emergency restraining order included as part of his Complaint is DENIED.

The Report and Recommendation [Doc. No. 14] of Magistrate Judge Baxter, filed on July 19, 2006, is adopted as the opinion of the Court.

s/ Sean J. McLaughlin
United States District Judge

cm: All parties of record
     Susan Paradise Baxter, U.S. Magistrate Judge